

September 16, 2013

**MEMORANDUM**

Received in Chambers of:
U.S. District Judge
DORA L. IRIZARRY
SEP 1 7 2013

To: The Honorable Dora L. Irizarry
United States District Judge

From: Patricia A. Sullivan
Senior United States Probation Officer
347-534-3742

Re: United Stated v. Nikola Lukaj
0207 1:11CR00486(S-1)-038

    Enclosed is a letter that the Probation Department received from the defendant's wife with regard to the defendant's presentence report. Defense Counsel has been informed of this letter; however, a copy of the letter has yet to be provided to the parties, as the Probation Department has a policy of not disclosing documents in our possession without Your Honor's permission.

We request guidance from the Court as to whether or not we should disclose the letter to the parties.

   X
___ Disclose the letter to the Government and Defense Counsel

___ Do not disclose the letter to the Government and Defense Counsel

Special Instructions:

S/ Dora L. Irizarry                                                   9/18/2013
_____                    _____
The Honorable Dora L. Irizarry                                Date
United States District Judge