HURWITZ STAMPUR & ROTH
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743



August 28, 2013

**BY ECF AND FIRST-CLASS MAIL**
Senior USPO Patricia A. Sullivan
147 Pierrepont Street
Brooklyn, NY 11201

    Re: <u>United States v. Nikola Lukaj</u>
       **11-CR-00486 (S-1)-038 (DLI)**

Dear Ms. Sullivan,

I write on behalf of Nikola Lukaj who is scheduled to be sentenced by Your Honor on October 8, 2013. The defendant respectfully submits this letter, pursuant to Federal R. Crim. P. 32 (f) to advise the Probation Department of the defendant's proposed corrections and clarifications in the Presentence Investigation Report ("PSR").

- PSR ¶ 32 – the government concurs with defense counsel that because Mr. Lukaj did not have any connection to the referenced "grow house", "Nicola Lukaj and Lukaj's workers," should be deleted.
- PSR ¶ 135 – Mr. Lukaj wants to clarify that as stated by his wife, he did abuse cocaine. He did not disclose this fact to Probation because he was embarrassed about his drug abuse.
- PSR ¶ 137 Mr. Lukaj received a New York State General Education Development Diploma in April 1991.
- PSR ¶ 140 – Mr. Lukaj worked at the VIP club during 2007 as well as during the period indicated in PSR ¶ 141. His W-2 payroll stubs are attached with the employer listed as ABCZ Corp. (Exhibit A). In 2005 his employer was listed on the enclosed W-2 as West 20th Enterprises which operated the VIP Club. (Exhibit B). Mr. Lukaj was also employed as a maintenance worker as per the attached W-2 by Premium Building Maintenance, Inc. in 2010. (Exhibit C).
- PSR ¶ 142 – Mr. Lukaj was partially employed as a custodian in 2002 by American Building as evidenced by the attached W-2. (Exhibit D).
- PSR ¶ 143 – Mr. Lukaj appears to have filed income tax returns as required for the years 2002, 2007, and 2008 as evidenced by the enclosed tax records. It appears from the attached Federal Tax summary that Mr. Lukaj was not required to file taxes in 2009 as a refund was due although he may have. (Exhibit E).

JR/LUKAJ/LTR PSR CORRECTIONS

HURWITZ STAMPUR & ROTH

- PSR ¶ 163 – The parties concur that Mr. Lukaj is eligible for an additional 2-level reduction for the "global disposition" and accordingly the total offense level would be 23, and with a Criminal History Category of II, the advisory guideline range would be 51-63 months.

Respectfully yours,

James Roth

Encl.

cc:   Honorable Dora L. Irizarry (by First-Class Mail)
      AUSA Gina Marie Parlovecchio (by E-mail)
      USPO Mary Ann Betts (by E-mail)
      Mr. Nikola Lukaj

JR/LUKAJ/LTR PSR CORRECTIONS

# EXHIBIT A

Case 1:11-cr-00485-JLL   Document 1324   Filed 10/08/13   Page 4 of 14 PageID #: 9106

**Batch #00180**

ABCZ CORP
251 NORTH AVE
2ND FLOOR
NEW ROCHELLE, NY 10801

EC/6DG   Corp.   Employer use only   26

1. The following information reflects your final 2007 pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 12100.00 | Social Security Tax Withheld Box 4 of W-2 | 750.20 |
| | | | |
| Fed. Income Tax Withheld Box 2 of W-2 | 1057.32 | Medicare Tax Withheld Box 6 of W-2 | 175.45 |

| | |
|---|---|
| NY. State Income Tax Box 17 of W-2 | 402.38 |
| Local Income Tax Box 19 of W-2 | 40.26 |
| SUI/SDI Box 14 of W-2 | 13.20 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | YONKERS Local Wages, Tips, Etc. Box 18 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 12,100.00 | 12,100.00 | 12,100.00 | 12,100.00 | 12,100.00 |
| Reported W-2 Wages | 12,100.00 | 12,100.00 | 12,100.00 | 12,100.00 | 12,100.00 |

**Employee's name, address, and ZIP code**

NIKOLA LUKAJ
11 STEVENS AVENUE
YONKERS, NY 10704

| Employer's FED ID number | Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 12100.00 | 2 Federal income tax withheld 1057.32 |
| 3 Social security wages 12100.00 | 4 Social security tax withheld 750.20 |
| 5 Medicare wages and tips 12100.00 | 6 Medicare tax withheld 175.45 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other   13.20 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State  Employer's state ID no.  NY | 16 State wages, tips, etc. 12100.00 |
| 17 State income tax 402.38 | 18 Local wages, tips, etc. 12100.00 |
| 19 Local income tax 40.26 | 20 Locality name YONKERS |

© 2007 ADP, INC.

3. Employee W-4 Profile.  To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

NIKOLA LUKAJ
11 STEVENS AVENUE
YONKERS, NY 10704

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 2
STATE: 2
LOCAL: 2

Fold and Detach Here

---

| 1 Wages, tips, other comp. 12100.00 | 2 Federal income tax withheld 1057.32 |
|---|---|
| 3 Social security wages 12100.00 | 4 Social security tax withheld 750.20 |
| 5 Medicare wages and tips 12100.00 | 6 Medicare tax withheld 175.45 |
| c Control number  Dept.  Corp.  Employer use only  0035   EC/6DG   26 | |
| c Employer's name, address, and ZIP code ABCZ CORP 251 NORTH AVE 2ND FLOOR NEW ROCHELLE, NY 10801 | |
| b Employer's FED ID number | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  13.20 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick |
| e/f Employee's name, address and ZIP code NIKOLA LUKAJ 11 STEVENS AVENUE YONKERS, NY 10704 | |
| 15 State  Employer's state ID no.  NY | 16 State wages, tips, etc. 12100.00 |
| 17 State income tax 402.38 | 18 Local wages, tips, etc. 12100.00 |
| 19 Local income tax 40.26 | 20 Locality name YONKERS |

**Federal Filing Copy**

# W-2  Wage and Tax Statement  2007

OMB No. 1545-0008
Copy B to be filed with  employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 12100.00 | 2 Federal income tax withheld 1057.32 |
|---|---|
| 3 Social security wages 12100.00 | 4 Social security tax withheld 750.20 |
| 5 Medicare wages and tips 12100.00 | 6 Medicare tax withheld 175.45 |
| d Control number  Dept.  Corp.  Employer use only  0035   EC/6DG   26 | |
| c Employer's name, address, and ZIP code ABCZ CORP 251 NORTH AVE 2ND FLOOR NEW ROCHELLE, NY 10801 | |
| b Employer's FED ID number | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  13.20 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| e/f Employee's name, address and ZIP code NIKOLA LUKAJ 11 STEVENS AVENUE YONKERS, NY 10704 | |
| 15 State  Employer's state ID no.  NY | 16 State wages, tips, etc. 12100.00 |
| 17 State income tax 402.38 | 18 Local wages, tips, etc. 12100.00 |
| 19 Local income tax 40.26 | 20 Locality name YONKERS |

**NY.State Filing Copy**

# W-2  Wage and Tax Statement  2007

OMB No. 1545-0008
Copy 2 to be filed with  employee's State Income Tax  Return.

---

| 1 Wages, tips, other comp. 12100.00 | 2 Federal income tax withheld 1057.32 |
|---|---|
| 3 Social security wages 12100.00 | 4 Social security tax withheld 750.20 |
| 5 Medicare wages and tips 12100.00 | 6 Medicare tax withheld 175.45 |
| d Control number  Dept.  Corp.  Employer use only  0035   EC/6DG   26 | |
| c Employer's name, address, and ZIP code ABCZ CORP 251 NORTH AVE 2ND FLOOR NEW ROCHELLE, NY 10801 | |
| b Employer's FED ID number | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  13.20 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick |
| e/f Employee's name, address and ZIP code NIKOLA LUKAJ 11 STEVENS AVENUE YONKERS, NY 10704 | |
| 15 State  Employer's state ID no.  NY | 16 State wages, tips, etc. 12100.00 |
| 17 State income tax 402.38 | 18 Local wages, tips, etc. 12100.00 |
| 19 Local income tax 40.26 | 20 Locality name YONKERS |

**City or Local Filing Copy**

# W-2  Wage and Tax Statement  2007

OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local  Income Tax Return.

Case 1:11-cr-00486-DLI Document 1824 Filed 09/05/14 Page 5 of 14 PageID #: 9161

| | Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|---|
| 0059 | EC/6DG | | | 6 |

Employer's name, address, and ZIP code

**ABCZ CORP**
**251 NORTH AVE**
**2ND FLOOR**
**NEW ROCHELLE, NY 10801**

Batch #00336

e/f Employee's name, address, and ZIP code

**NIKOLA LUKAJ**
**73 PLUM ROAD**
**MAHOPAC, NY 10541**

| Employer's FED ID number | Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 27410.00 | 2 Federal income tax withheld 1854.00 |
| 3 Social security wages 27410.00 | 4 Social security tax withheld 1699.42 |
| 5 Medicare wages and tips 27410.00 | 6 Medicare tax withheld 397.45 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 30.00 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State NY Employer's state ID no. 20-1385715 | 16 State wages, tips, etc. 27410.00 |
| 17 State income tax 861.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

| | | Social Security Tax Withheld Box 4 of W-2 | 1699.42 | NY. State income tax | 861.33 |
|---|---|---|---|---|---|
| | | | | Box 17 of W-2 | |
| | | | | SUI/SDI Box 14 of W-2 | 30.00 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1854.00 | Medicare Tax Withheld Box 6 of W-2 | 397.45 | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | Local Wages, Tips, Etc. Box 18 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 27,410.00 | 27,410.00 | N/A | 27,410.00 | 27,410.00 |
| Reported W-2 Wages | 27,410.00 | 27,410.00 | N/A | 27,410.00 | 27,410.00 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

**NIKOLA LUKAJ**
**73 PLUM ROAD**
**MAHOPAC, NY 10541**

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 3
STATE: 3

© 2008 ADP, INC.

— Fold and Detach Here —

---

| 1 Wages, tips, other comp. 27410.00 | 2 Federal income tax withheld 1854.00 |
|---|---|
| 3 Social security wages 27410.00 | 4 Social security tax withheld 1699.42 |
| 5 Medicare wages and tips 27410.00 | 6 Medicare tax withheld 397.45 |
| Control number Dept. 0059 EC/6DG | Corp. Employer use only 6 |

Employer's name, address, and ZIP code

**ABCZ CORP**
**251 NORTH AVE**
**2ND FLOOR**
**NEW ROCHELLE, NY 10801**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 30.00 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

**KOLA LUKAJ**
**PLUM ROAD**
**AHOPAC, NY 10541**

| 15 State NY Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| 17 State income tax 861.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2008**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 27410.00 | 2 Federal income tax withheld 1854.00 |
|---|---|
| 3 Social security wages 27410.00 | 4 Social security tax withheld 1699.42 |
| 5 Medicare wages and tips 27410.00 | 6 Medicare tax withheld 397.45 |
| Control number Dept. 0059 EC/6DG | Corp. Employer use only 6 |

c Employer's name, address, and ZIP code

**ABCZ CORP**
**251 NORTH AVE**
**2ND FLOOR**
**NEW ROCHELLE, NY 10801**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 30.00 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

**NIKOLA LUKAJ**
**73 PLUM ROAD**
**MAHOPAC, NY 10541**

| 15 State NY Employer's state ID no. | 16 State wages, tips, etc. 27410.00 |
|---|---|
| 17 State income tax 861.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**NY.State Reference Copy**
**W-2 Wage and Tax Statement 2008**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 27410.00 | 2 Federal income tax withheld 1854.00 |
|---|---|
| 3 Social security wages 27410.00 | 4 Social security tax withheld 1699.42 |
| 5 Medicare wages and tips 27410.00 | 6 Medicare tax withheld 397.45 |
| Control number Dept. 0059 EC/6DG | Corp. Employer use only 6 |

c Employer's name, address, and ZIP code

**ABCZ CORP**
**251 NORTH AVE**
**2ND FLOOR**
**NEW ROCHELLE, NY 10801**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 30.00 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

**NIKOLA LUKAJ**
**73 PLUM ROAD**
**MAHOPAC, NY 10541**

| 15 State NY Employer's state ID no. | 16 State wages, tips, etc. 27410.00 |
|---|---|
| 17 State income tax 861.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**NY.State Filing Copy**
**W-2 Wage and Tax Statement 2008**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.



Safe, accurate, FAST! Use **irs e-file** Visit the IRS Web Site at www.irs.gov/efile.

**Employee Reference Copy**

# W-2 | Wage and Tax Statement | 2006
OMB No. 1545-0008

Copy C for employee's records.

| Control number 0035 | EC/6DG | Dept. | Corp. | Employer use only 18 |

d Employer's name, address, and ZIP code

ABCZ CORP
251 NORTH AVE
2ND FLOOR
NEW ROCHELLE, NY 10801

Batch #00221

e/f Employee's name, address, and ZIP code

NIKOLA LUKAJ
11 STEVENS AVENUE
YONKERS, NY 10704

| a Employer's FED ID number | d Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 6600.00 | 2 Federal income tax withheld 585.00 |
| 3 Social security wages 6600.00 | 4 Social security tax withheld 409.20 |
| 5 Medicare wages and tips 6600.00 | 6 Medicare tax withheld 95.70 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 7.20 NYDD | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| 15 State Employer's state ID no. NY | 16 State wages, tips, etc. 6600.00 |
| 17 State income tax 219.48 | 18 Local wages, tips, etc. 6600.00 |
| 19 Local income tax 21.96 | 20 Locality name YONKERS |

# 2006 W-2 and EARNINGS SUMMARY 

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2006 pay stub plus any adjustments submitted by your employer.**

| Gross Pay | 6600.00 | Social Security Tax Withheld Box 4 of W-2 | 409.20 | NY. State Income Tax Box 17 of W-2 | 219.48 |
|---|---|---|---|---|---|
| | | | | Local Income Tax Box 19 of W-2 | 21.96 |
| Fed. Income Tax Withheld Box 2 of W-2 | 585.00 | Medicare Tax Withheld Box 6 of W-2 | 95.70 | SUI/SDI Box 14 of W-2 | 7.20 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | YONKERS Local Wages, Tips, Etc. Box 18 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 6,600.00 | 6,600.00 | 6,600.00 | 6,600.00 | 6,600.0 |
| Reported W-2 Wages | 6,600.00 | 6,600.00 | 6,600.00 | 6,600.00 | 6,600.0 |

**3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept**

NIKOLA LUKAJ
11 STEVENS AVENUE
YONKERS, NY 10704

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 2
STATE: 2
LOCAL: 2

© 2006 AUTOMATIC DATA PROCESSING, INC.

Fold and Detach Here

# EXHIBIT B

Safe, accurate, Visit the IRS website
FAST! Use ~file at www.irs.gov.



# W-2 Employee Reference Copy
## Wage and Tax Statement 2005
Copy C for employee's records

OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001062 01/-N6 | | A | 26 |

**c Employer's name, address, and ZIP code**
WEST 20TH ENTERPRISES
CORP
20 WEST 20TH ST
NEW YORK NY 10011

Batch #00829

**/t Employee's name, address, and ZIP code**
NIKOLA LUKAJ
225 TIBBETTS RD
YONKERS NY 10705

| Employer's FEID number | d Employee's SSA number |
|---|---|
| | |
| Wages, tips, other comp. 24750.00 | 2 Federal income tax withheld 2228.40 |
| Social security wages 24750.00 | 4 Social security tax withheld 1534.50 |
| Medicare wages and tips 24750.00 | 6 Medicare tax withheld 358.88 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other 27.00 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| 15 State Employer's state ID no. NY | 16 State wages, tips, etc. 24750.00 |
| State income tax 823.05 | 18 Local wages, tips, etc. 24750.00 |
| Local income tax 40.95 | 20 Locality name YONKERS |

## 2005 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.**

| | | | | |
|---|---|---|---|---|
| Gross Pay | 24750.00 | Social Security Tax Withheld Box 4 of W-2 | 1534.50 | NY. State Income Tax Box 17 of W-2 | 823.05 |
| Fed. Income Tax Withheld Box 2 of W-2 | 2228.40 | Medicare Tax Withheld Box 6 of W-2 | 358.88 | Local Income Tax Box 19 of W-2 | 40.95 |
| | | | | SUI/SDI Box 14 of W-2 | 27.00 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | YONKERS Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 24,750.00 | 24,750.00 | 24,750.00 | 24,750.00 | 24,750.00 |
| Reported W-2 Wages | 24,750.00 | 24,750.00 | 24,750.00 | 24,750.00 | 24,750.00 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

NIKOLA LUKAJ
225 TIBBETTS RD
YONKERS NY 10705

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 2
STATE: 2
LOCAL: 2

© 2005 AUTOMATIC DATA PROCESSING, INC.

Fold and Detach Here

# EXHIBIT C

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 2210.94 | |

Your social security number

Spouse's social security no.

▲ Make sure the SSN(s) above and on line 6c are correct

c Employer's name, address, and ZIP code

PREMIUM BUILDING MAINTENANCE INC
PO BOX 280

BRONXVILLE        NY        10708

d Control number        36

e Employee's name, address, and ZIP code        Suff.

NIKOLA        LUKAJ
73 PLUM ROAD
MAHOPAC        NY

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee  14 Other | DBL        2.40 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| NY | | 2210.94 | 79.94 |
|---|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement        2010        Dept. of the Treasury – IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.        DAA

$3 to go to this fund (see instructions) ▶ [X] You ▢ Spouse

Checking a box below will not change your tax or refund.

4 ▢ Head of household (with qualifying person). (See inst.) If the qualifying person is a child but not your dependent, enter child's name here. ▶

5 ▢ Qualifying widow(er) with dependent child (see instructions)

|  | Boxes checked on 6a and 6b | 1 |
|---|---|---|
| dent, do not check box 6a | No. of children on 6c who: | |
| dent's  (3) Dependent's  (4) √ if child under number  relationship to  age 17 quali- you  fying for child tax credit (see inst.) | ● lived with you | 0 |
| | ● did not live with you due to divorce or separation (see inst.) | |
| | Dependents on 6c not entered above | |
| | Add numbers on lines above ▶ | 1 |

| | | | |
|---|---|---|---|
| 7 | | | 2,211 |
| 8a | | | |
| 8b | | | |
| 9a | | | |
| 9b | | | |
| was withheld. 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here... ▶ ▢ | 13 | |
| If you did not 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| get a W-2, 15a | IRA distributions ...... 15a | b Taxable amount ....... 15b | |
| see instructions. 16a | Pensions and annuities 16a | b Taxable amount ....... 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| Enclose, but do 18 | Farm income or (loss). Attach Schedule F | 18 | |
| not attach, any 19 | Unemployment compensation | 19 | 1,770 |
| payment. Also, 20a | Social security benefits 20a | b Taxable amount ....... 20b | |
| please use 21 | Other income. | 21 | |
| Form 1040-V. 22 | Combine amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 3,981 |
| 23 | Educator expenses | 23 | |
| Adjusted 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106/2106-EZ | 24 | |
| Gross Income 25 | Health savings account deduction. Attach Form 8889 .... | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities ded. Attach Form 8903 .... | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 0 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 3,981 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate Instructions.        Form 1040 (2010)

JVA        10  10401        TWF 39356        Copyright Forms (Software Only) – 2010 TW

# EXHIBIT D

Case 1:11-cr-00486-DLI   Document 80   Filed 10/08/13   Page 12 of 14 PageID #: 9108

| c Employer's name, address, and ZIP code | Box 19 | |
|---|---|---|
| AMERICAN BLDG. | SDI | .00 |
| 551 FIFTH AVENUE   SUITE 300 | Box 14 | |
| NEW YORK, NY 10176 | | |

oduce your W-2 statement

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

te Wages
es
16 of W-2

3,525.09
3,525.09

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay   X |

| e/f Employee's name, address, and ZIP code |
|---|
| NIKOLA LUKAJ |
| 671 BRONX RIVER ROAD #6P |
| YONKERS, NY 10704 |

| 15 State NY | Employer's state ID no. | 16 State wages, tips, etc.   3525.09 |
|---|---|---|
| 17 State income tax   125.64 | | 18 Local wages, tips, etc.   3525.09 |
| 19 Local income tax   71.46 | | 20 Locality name   NEW YORK CIT |

**W-2** NY. State Filing Copy
Wage and Tax
Statement **2002**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

file a new W4 with Payroll

- - - - - - - - - - - - - - - - - - - - - - - - - -

Social Security Number:
Taxable Marital Status:
   SINGLE
Exemptions/Allowances:
   Federal: 2
   State: 2
   Local: 0

c Employer's name, address, and ZIP code
AMERICAN BLDG.
551 FIFTH AVENUE   SUITE 300
NEW YORK, NY 10176

| c Employer's FED ID number | d Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay   X |

| e/f Employee's name, address, and ZIP code |
|---|
| NIKOLA LUKAJ |
| 671 BRONX RIVER ROAD #6P |
| YONKERS, NY 10704 |

| 15 State NY | Employer's state ID no. | 16 State wages, tips, etc.   3525.09 |
|---|---|---|
| 17 State income tax   125.64 | | 18 Local wages, tips, etc.   3525.09 |
| 19 Local income tax   71.46 | | 20 Locality name   NEW YORK CIT |

**W-2** City or Local Filing Copy
Wage and Tax
Statement **2002**
OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.

▶turns in minutes – go to http://taxpartner.adp.com

- - - - - - - - - - - Fold and Detach Here - - - - - - - - - - -

```
                                                    No ← Did you receive tips subject to social security or   → Yes
your net earnings (see instructions)?                       Medicare tax that you did not report to your employer?
                        │
                        ▼ No
┌─────────────────────────────────────────────────────┐
│ Did you receive church employee income reported on    │ → Yes
│ Form W-2 of $108.28 or more?                          │
└─────────────────────────────────────────────────────┘
                        │ No
                        ▼
┌─────────────────────────────────────────────────────┐       ┌─────────────────────────────────────────────────────┐
│ You May Use Short Schedule SE Below                   │       │ You Must Use Long Schedule SE on Page 2               │
└─────────────────────────────────────────────────────┘       └─────────────────────────────────────────────────────┘
```

**Section A -- Short Schedule SE. Caution.**   Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report . . . . . . . . . . . . . . . . . . | 2 | 6,200 |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . | 3 | 6,200 |
| 4 | Net earnings from self-employment.   Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax . . . . . . . . . . . . . . . . . . j | 4 | 5,726 |
| 5 | Self-employment tax.   If the amount on line 4 is:<br>$84,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 56.<br>More than $84,900, multiply line 4 by 2.9% (.029). Then, add $10,527.60 to the result. Enter the total here and on Form 1040, line 56. . . . . . . . j | 5 | 876 |
| 6 | Deduction for one-half of self-employment tax.   Multiply line 5 by 50% (.5).<br>Enter the result here and on Form 1040, line 29 . . . . . . . . . . . . . . . . . . | 6 | 438 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule SE (Form 1040) 2002

JVA   2  SE12   TWF 1260   GLD 4451   Copyright Forms (Software Only) - 2002 TWNL

# EXHIBIT E

# 2009     Federal Income Tax Summary     Page 1

**Client LUKAJ**             **Nikola Lukaj**

3/15/10                                                                          12:50 PM

|  | 2009 | 2008 | Diff |
|---|---|---|---|
| **INCOME** | | | |
| Wages, salaries, tips, etc................... | 0 | 27,410 | -27,410 |
| Unemployment compensation..................... | 11,045 | 0 | 11,045 |
| Total income................................ | 11,045 | 27,410 | -16,365 |
| **ADJUSTMENTS TO INCOME** | | | |
| Total adjustments............................ | 0 | 0 | 0 |
| Adjusted gross income........................ | 11,045 | 27,410 | -16,365 |
| **ITEMIZED DEDUCTIONS** | | | |
| Taxes........................................ | 154 | 861 | -707 |
| Total itemized deductions.................... | 154 | 861 | -707 |
| **TAX COMPUTATION** | | | |
| Standard deduction........................... | 8,350 | 8,000 | 350 |
| Larger of itemized or standard deduction | 8,350 | 8,000 | 350 |
| Income prior to exemption deduction....... | 2,695 | 19,410 | -16,715 |
| Exemption deduction.......................... | 7,300 | 7,000 | 300 |
| Taxable income............................... | -4,605 | 12,410 | -17,015 |
| Tax before credits........................... | 0 | 1,291 | -1,291 |
| **CREDITS** | | | |
| Child tax credit............................. | 0 | 1,000 | -1,000 |
| Total credits................................ | 0 | 1,000 | -1,000 |
| Tax after credits............................ | 0 | 291 | -291 |
| **OTHER TAXES** | | | |
| Total tax.................................... | 0 | 291 | -291 |
| **PAYMENTS** | | | |
| Federal income tax withheld.................. | 1,345 | 1,854 | -509 |
| Earned income credit......................... | 0 | 1,050 | -1,050 |
| Recovery rebate credit....................... | 0 | 300 | -300 |
| Total payments............................... | 1,345 | 3,204 | -1,859 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount overpaid.............................. | 1,345 | 2,913 | -1,568 |
| Amount refunded to you....................... | 1,345 | 2,913 | -1,568 |
| Amount you owe............................... | 0 | 0 | 0 |
| **TAX RATES** | | | |
| Marginal tax rate............................ | 0.0% | 15.0% | -15.0% |
| Effective tax rate........................... | 0.0% | 2.3% | -2.3% |